Diane E. COTTON, Respondent,

v.

Danny R. COTTON, Appellant.

No. WD 41059.

Missouri Court of Appeals,
Western District.

May 2, 1989.

Jefferson G. Broady, Rock Port, for appellant.

Ralph W. Hicks, Pope, Nichols & Hicks, St. Joseph, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from portion of dissolution of marriage decree dividing marital property.

Affirmed. Rule 84.16(b).